### Commonwealth *v.* Neil, Appellant.

Submitted April 12, 1971. *Harry Humbert,* and *Ray, Buck, Margolis, Mahoney & John,* for appellant; *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Palmer, Appellant.

Submitted April 13, 1971. *Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.